No. 74–1170. AUSTIN ET AL. *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 511 F. 2d 622.

No. 74–1204. ROGERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 504 F. 2d 1079.

No. 74–1275. METROPOLITAN TRASH, INC. *v.* DUNLOP, SECRETARY OF LABOR. C. A. 10th Cir. Certiorari denied. Reported below: 513 F. 2d 1324.

No. 74–1281. FRANKS *v.* UNITED STATES; and
No. 74–6318. MITCHELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 511 F. 2d 25.

No. 74–1286. RICHTER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 507 F. 2d 682.

No. 74–1293. CITY OF BLACK JACK, MISSOURI *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 508 F. 2d 1179.

No. 74–1317. LAIDLAW CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. Reported below: 507 F. 2d 1381.

No. 74–1326. INDIANA HARBOR BELT RAILROAD CO. *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied. Reported below: 510 F. 2d 644.

No. 74–1331. CITY OF PHILADELPHIA ET AL. *v.* BAKER, TRUSTEE, ET AL. C. A. 3d Cir. Certiorari denied. Reported below: 508 F. 2d 279.

No. 74–1340. HOTEL, RESTAURANT EMPLOYEES & BARTENDERS' UNION, LOCAL 5, AFL–CIO *v.* INTER-ISLAND RESORTS, LTD., DBA KONA SURF HOTEL, ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 507 F. 2d 411.